Melvin HICKS, Appellant,

v.

ST. MARY'S HONOR CENTER, et al., Appellees.

No. 91–1571.

United States Court of Appeals, Eighth Circuit.

July 30, 1993.

On remand from the United States Supreme Court, — U.S. ——, 113 S.Ct. 2742, 125 L.Ed.2d 407, this court's opinion and judgment filed July 23, 1992 are vacated.

The mandate issued September 23, 1992 is recalled.